UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTELL-A-CHECK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AUTOSCRIBE CORPORATION and<br>POLLIN PATENT LICENSING, LLC,<br><br>Defendants. | 01-CV-4625 (WJM)<br><br>*MARKMAN* ORDER<br><br>HON. WILLIAM J. MARTINI |

This matter comes before the Court on motions to construe certain disputed claim terms in the patents in suit. As established by this Court's September 22, 2004 Order, only three claim terms are at issue. After having reviewed the parties' submissions, and having considered the parties' arguments made at the *Markman* hearing, and for good cause shown,

**IT IS** on this 30th day of November 2004, hereby

**ORDERED** that the disputed claim terms shall have the following meanings:

1. "automated" means "working with little or no human actuation;"

2. "system" and "apparatus" mean "computer hardware running with the required software program, including at least a computer, display screen, input device (*e.g.*, keyboard, mouse), and associated printer;"

3. "security measures" means "measures taken to preclude the generation of drafts payable to someone other than the payee, including at least coded embedding of the payee identification information;" and

4.    "coded embedding" and "hard coding" mean "fixing within a given copy of the program the payee identification information."

                                                                                    _____
                                                                                     William J. Martini, U.S.D.J.

cc:    The Hon. Ronald J. Hedges, U.S.M.J.